Travis N. Barrick, Esq.
LAW OFFICE OF TRAVIS N. BARRICK, PC
730 Las Vegas Blvd. So., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 549-7505
tbarrick@vegascase.com
Attorneys for Plaintiff Pedro Lopez-Villasenor

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PEDRO LOPEZ-VILLASENOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHAD BLACK, in his individual capacity;<br><br>NANCY GOODMAN, in her individual capacity,<br><br>Defendants. | Case No.: 2:25-cv-1419-RFB-MDC<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT (FIRST)** |

Plaintiff, PEDRO LOPEZ-VILLASENOR, through his attorney, Travis N. Barrick, and Defendants, CHAD BLACK and NANCY GOODMAN, through their attorney, Melanie B. Chapman of the Medical Defense Law Group, hereby submit their joint Stipulation and Order for the Defendants to respond to the Complaint in this matter, for the reasons set forth below.

**I.      BACKGROUND**

On 8/4/25, the Plaintiff filed his Complaint.

On 8/6/25, Summons were issued by the Court for each of the Defendants.

- 1 -

On 8/15/25 and 8/17/25, the Summons were served upon the Defendants at their place of work. The Defendants' responsive pleadings were due by 9/2/25 and 9/4/25, respectively.

Thereafter, Mr. Barrick made several attempts to identify and locate counsel of record for the Defendants by sending emails and making telephone calls to known defense attorneys known to represent medical professionals in the incarceration context.

On 9/22/25, Mr. Barrick received an email from Melanie B. Chapman, Esq., informing him of her firm's representation and requesting an extension of time, until 10/13/25, to file a responsive pleading in this matter.

ACCORDINGLY, counsel for the parties hereby stipulate that the Defendants shall have until 10/13/25 to file a responsive pleading.

| DATE: 22nd day of September 2025. | DATE: 22nd day of September 2025. |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>Law Offices of Travis N. Barrick, PC<br>Attorneys for Plaintiff | By: /s/ Melanie B. Chapman<br>Melanie B. Chapman, Esq.<br>Medical Defense Law Group<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED that the Defendants shall have until 10/13/25 to file responsive pleadings in this matter.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2025

- 2 -