Paul A. Cardinale, SBN 8394
Melanie B. Chapman SBN 6223
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

**Southern Nevada Office:**
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-1914

Attorneys for Defendants CHAD R. BLACK, M.D. and NANCY L. GOODMAN, LPN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO LOPEZ-VILLASENOR, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br><br>CHAD R. BLACK, M.D., in his individual capacity, NANCY L. GOODMAN, LPN, in her individual capacity, DOES 1-10, et al.<br><br>　　　　　Defendants. | CASE NO.: 2:25-cv-01419-RFB-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE A REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Complaint Filed:　August 4, 2025<br>Trial Date:　　　 None set |

　　　　Plaintiff, PEDRO LOPEZ-VILLASENOR ("Plaintiff") by and through his attorney, Travis N. Barrick, and Defendants, CHAD R. BLACK, M.D. and NANCY L. GOODMAN, LPN, (collectively referred to herein as "Defendants") by and through their attorney, Melanie B. Chapman of the Medical Defense Law Group, hereby submit their joint Stipulation and Proposed Order for Defendants to have additional time to file and serve a Reply in support of their Motion to Dismiss, as set forth below:

　　　　1.　　On August 4, 2025, Plaintiff filed his Complaint against Defendants. [ECF 1.]

2. Following an stipulation and order for an extension of time to respond to the Complaint [ECF 11, 12], Defendants filed their Motion to Dismiss, premised upon bankruptcy proceedings discharging claims against Defendants' employer, Wellpath LLC and "related parties," which include Wellpath's current and former employees. [ECF 13].

3. Following an extension of time to file a Response to Defendants' Motion to Dismiss [ECF 14], Plaintiff filed his Response on November 26, 2025. [ECF 16.]

4. Currently, Defendants' Reply in Support of their Motion to Dismiss is due by December 3, 2025.

5. On December 2, 2025, counsel for Defendants requested an extension of time, until December 30, 2025, in which to file a Reply. Counsel for Plaintiff advised that he had no objection to this request.

ACCORDINGLY, the parties hereby stipulate that Defendants shall have until December 30, 2025 in which to file and serve their Reply in support of the Motion to Dismiss.

| DATED this 2nd day of December, 2025. | DATED this 2nd day of December, 2025. |
|---|---|
| By: /s/Travis N. Barrick<br>Travis N. Barrick, Esq.<br>Law Offices of Travis N. Barrick, PC<br>Attorney for Plaintiff | By: /s/ Melanie B. Chapman<br>Melanie B. Chapman, Esq.<br>Medical Defense Law Group<br>Attorneys for Defendants |

## ORDER

**IT IS HEREBY ORDERED** that Defendants shall have until December 30, 2025, to file a Reply in support of their Motion to Dismiss.

**DATED:** December 3, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**