# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Pedro Lopez-Villansenor,

         Plaintiff,

vs.

Chad R. Black, *et al.*,

         Defendants.

Case No. 2:25-cv-01419-RFB-MDC

**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 32)**

The Court has reviewed the *Motion to Withdraw as Attorney* (ECF No. 32) ("Motion"). The Court **GRANTS** the Motion for the reasons below.

Paul A. Cardinale, Esq. and Melanie B. Chapman, Esq. of the Medical Defense Law Group, request to withdraw as counsel for defendants. *ECF No. 32*. Mr. Cardinale and Ms. Chapman appeared on behalf of defendants "understanding that Wellpath, LLC [who were the medical employers of defendants] would be responsible for fees and costs incurred in such defense." *Id.* However, Wellpath, LLC filed for bankruptcy and notified defendants, Mr. Cardinale, and Ms. Chapman that it would cease paying the defense fees and costs in relation to this matter. *Id.* While defendants were notified of their right to independently retain Mr. Cardinale and Ms. Chapman, they have not done so as of the date the Motion was filed. *Id.* Thus, Mr. Cardinale and Ms. Chapman argue that Nevada Rule of Professional Conduct 1.16(b)(6) and (7) justifies their withdrawal. *Id.*[1] Defendants were also served this Motion and did not respond, therefore consenting to the granting of the Motion. *See* LR 7-2(d).

For good cause shown and because the Motion is unopposed, Mr. Cardinale and Ms. Chapman request is granted.

//

---

[1] Ms. Chapman also filed a sworn declaration under the penalty of perjury affirming the foregoing events. *ECF No. 32*, *Ex. A*.

1

ACCORDINGLY,

**IT IS ORDERED that:**

1.  The *Motion to Withdraw As Attorney* (ECF No. 32) is **GRANTED**.

2.  Paul A. Cardinale, Esq. and Melanie B. Chapman, Esq. shall be terminated as counsel of record for defendants.

3.  Defendants shall each register for CM/ECF service *pro se* or file a notice of appearance of new counsel by **July 27, 2026**. If either defendant fails to comply with this Order, sanctions may be issued.

DATED: June 26, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

### NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.